USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/24/2026



Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

Request is GRANTED on consent of all parties. The status conference shall take place on January 13, 2027, at 12:00 p.m. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.
SO ORDERED.
Dated: November 24, 2026
White Plains, NY

Nelson S. Román, U.S. District Judge

MEMO ENDORSED

Via ECF

November 23, 2026

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**Re: *United States v. Clarke*, No. 26 Cr. 241 (S.D.N.Y.)**

Dear Judge Román:

With the consent of the government, we respectfully write to request a thirty-day adjournment of the December 9th status conference. On October 22, 2026, I was appointed to replace prior counsel. In the time since then, counsel have received and are continuing to review discovery. We are also engaged in discussions regarding a pretrial resolution of the charges against Mr. Clarke. In order to continue reviewing discovery, negotiating a pretrial resolution and discussing these matters with Mr. Clarke, we are requesting a thirty-day adjournment.

The parties have conferred with chambers and have been advised that Wednesday, January 13, 2027, at noon is a time and date convenient to the Court. We have conferred with counsel for the government, who consent to this application. Should the adjournment be granted, the government requests an exclusion of time to facilitate defense review of discovery, conferring with the client, and discussing a pretrial resolution. *See* 18 U.S.C. § 3161(h)(7). Counsel has no objection to an exclusion of time to January 13th. This is the first request for an adjournment. We appreciate the Court's attention to this application.

Respectfully submitted,

Ezra Spilke
Kristin McAlpin

cc: All counsel of record, by ECF